983 F.2d 1072
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
Stephen D. BROWN, Petitioner-Appellant,
v.
Richard CLARK, and Indiana Attorney General, Respondents-Appellees.
 No. 91-2956.
 United States Court of Appeals, Seventh Circuit.
 Argued Nov. 17, 1992.
Decided Dec. 15, 1992.
 
 Before COFFEY, POSNER, and MANION, Circuit Judges.
 
 ORDER
 
 1
 Petitioner Stephen D. Brown appeals from a district court order dismissing his petition for writ of habeas corpus without prejudice. Petitioner argues that he has waited 7 1/2 years for the State of Indiana to provide him with a transcript of his 1984 trial, and that he was denied effective assistance of counsel because no direct appeal or post-conviction motions were ever filed.
 
 
 2
 Respondents provided petitioner with the trial transcript at oral arguments before this court. The obstacle to a state appeal has now been removed. See Lumbert v. Finley, 735 F.2d 239, 240-41 (7th Cir.1984); Lowe v. Duckworth, 663 F.2d 42, 43 (7th Cir.1981). Petitioner may present his claims to the state courts.
 
 
 3
 Accordingly, the appeal is DISMISSED as moot.